# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Walker, Susan R. | 2. Court or Organization  Middle District of Alabama | 3. Date of Report  05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

One Church Street
Room 501-B
Montgomery, Alabama

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Eckerd College, St. Petersburg, FL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law & Economics Center, George Mason University Antonin Scalia Law School | October 21-23, 2018 | Arlington, VA | Symposium on the Law & Economics of Criminal Justice Reform | Transportation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U. S. Dept. of Education | Student Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions (tax account) | A | Interest | K | T | | | | | |
| 2. Balch & Bingham (interest in partnership) | C | Dividend | K | T | | | | | |
| 3. APCO Credit Union | A | Interest | J | T | | | | | |
| 4. Regions Savings Account | A | Interest | K | T | | | | | |
| 5. Abbot Laboratories (ticker ABT) | A | Dividend | | | Sold | 01/30/18 | K | E | |
| 6. AbbVie Inc (ticker ABBV) | B | Dividend | K | T | | | | | |
| 7. Accenture Ltd Cl A (ticker ACN) | A | Dividend | K | T | Sold (part) | 09/07/18 | J | D | |
| 8. Alphabet Inc (formerly Google Inc Class) (ticker GOOGL) | | None | K | T | | | | | |
| 9. Amazon.Com (ticker AMZN) | | None | K | T | Sold (part) | 09/04/18 | J | C | |
| 10. Apple Computer Inc (ticker AAPL) | A | Dividend | K | T | | | | | |
| 11. Bank Sweep Shares (Cash Deposits), Charles Schwab &Co Inc | A | Interest | K | T | | | | | |
| 12. Berkshire Hathaway Cl B (ticker BRKB) | | None | J | T | | | | | |
| 13. Carnival Corp (ticker CCL) | A | Dividend | J | T | | | | | |
| 14. China Mobile Ltd Sp ADR (ticker CHL) | B | Dividend | K | T | | | | | |
| 15. Cisco Systems Inc. (ticker CSCO) | A | Dividend | J | T | | | | | |
| 16. Coca Cola Co. (ticker KO) | B | Dividend | K | T | | | | | |
| 17. CVS Corp (ticker CVS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dominion Resources-Va (ticker D) | A | Dividend | J | T | | | | | |
| 19. Exxon Mobil Corporation I (ticker XOM) | B | Dividend | K | T | | | | | |
| 20. Intel Corp (ticker INTC) | B | Dividend | K | T | | | | | |
| 21. Johnson & Johnson Com. (ticker JNJ) | B | Dividend | L | T | Sold (part) | 09/24/18 | J | C | |
| 22. Kroger Co. (ticker KR) | A | Dividend | K | T | Buy | 07/23/18 | K | | |
| 23. Mcdonalds Corp. (ticker MCD) | A | Dividend | K | T | | | | | |
| 24. Microsoft Corp (ticker MSFT) | B | Dividend | L | T | Sold (part) | 09/07/18 | J | C | |
| 25. Molson Coors Brewing Co C (ticker TAP) | A | Dividend | K | T | | | | | |
| 26. Novartis A G Spon ADRF (ticker NVS) | B | Dividend | K | T | | | | | |
| 27. Novo-Nordisk A/S ADR (ticker NVO) | A | Dividend | J | T | | | | | |
| 28. Oracle Corporation (ticker ORCL) | A | Dividend | K | T | | | | | |
| 29. Pepsico Inc. (ticker PEP) | B | Dividend | K | T | | | | | |
| 30. Pfizer Inc (ticker PFE) | A | Dividend | K | T | | | | | |
| 31. Philip Morris Internation (ticker PM) | A | Dividend | J | T | | | | | |
| 32. PIMCO Incm Cl D (ticker PONAX converted from PONDX) | A | Dividend | J | T | | | | | |
| 33. PIMCO Low Duration Fund (ticker PTLAX converted from PLDDX) | A | Dividend | | | Sold | 07/23/18 | K | | |
| 34. Schwab Value Advantage Money Market Fund (SWVXX) | A | Dividend | K | T | Buy (add'l) | 05/03/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 05/11/18 | J | | |
| 36. | | | | | Sold<br>(part) | 07/23/18 | K | | |
| 37. | | | | | Sold<br>(part) | 11/30/18 | K | | |
| 38. Southern Company (ticker SO) | B | Dividend | K | T | | | | | |
| 39. Starbucks Corp (ticker SBUX) | A | Dividend | K | T | Buy<br>(add'l) | 07/23/18 | J | | |
| 40. Target (ticker TGT) | B | Dividend | K | T | | | | | |
| 41. TD Bank USA FDIC Insured Deposit<br>( ticker IDA12) | A | Interest | J | T | | | | | |
| 42. Union Pacific Corp (ticker UNP) | A | Dividend | K | T | | | | | |
| 43. United Technologies Corp. (ticker UTX) | A | Dividend | K | T | Sold<br>(part) | 09/24/18 | J | C | |
| 44. US Bancorp Del (ticker USB) | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 45. Verizon Communications (ticker VZ) | A | Dividend | K | T | | | | | |
| 46. Visa (ticker V) | A | Dividend | K | T | Sold<br>(part) | 09/07/18 | J | B | |
| 47. Vodafone Group Public Limited (ticker<br>VOD) | A | Dividend | | | Sold | 06/15/18 | J | | |
| 48. Wal-Mart Stores Inc. (ticker WMT) | A | Dividend | K | T | | | | | |
| 49. Waste Management Inc. Del (ticker WM) | B | Dividend | L | T | Sold<br>(part) | 09/07/18 | J | D | |
| 50. Weitz Funds Short Interm Income (ticker<br>WEFIX) | A | Dividend | | | Sold | 07/23/18 | K | | |
| 51. Adobe Systems In 02/01/2020 4.75%<br>(CUSIP 00724FAB7) | A | Interest | K | T | Buy | 02/06/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alabama St REV 3/1/27 Callable Taxable (CUSIP 010612BM0) | B | Interest | K | T | | | | | |
| 53. Allied World Assurn Co Hldgs S Enior Note Callable (CUSIP 01959EAC2) | A | Interest | K | T | | | | | |
| 54. Anheuser-Busch Inbev Fin Senior (CUSIP 035242AF3) | A | Interest | K | T | | | | | |
| 55. Apple Inc 05/06/2021 2.85% (CUSIP 037833AR1) | A | Interest | K | T | Buy | 05/03/18 | K | | |
| 56. Apple Inc 08/04/2021 1.55% (CUSIP 037833CC2) | A | Interest | K | T | Buy | 07/23/18 | K | | |
| 57. Bank Montreal Medium Term Sr Nts 01/25/2021 2% (06367TX21) | A | Interest | K | T | Buy | 01/31/18 | K | | |
| 58. Bk Nova Scotia Flt 2033F (CUSIP 064159CP9) | A | Interest | J | T | | | | | |
| 59. Bank West San Francisto Calif CD (CUSIP 06426XTM2) | | None | J | T | | | | | |
| 60. Barclays Bank (CUSIP 06738KCM1) | A | Interest | J | T | | | | | |
| 61. Berkshire Hathaway Inc Del 08/15/2021 3.75% (084670BC1) | | None | K | T | Buy | 09/07/18 | K | | |
| 62. Buckeye Partners Lp Sr Un (CUSIP 118230AJ0) | A | Interest | K | T | | | | | |
| 63. Canadian Imp Bk Comm Sr Med Term (CUSIP 13605WDR9) | | None | | | Redeemed | 07/13/18 | K | B | |
| 64. Caterpillar Financial Svcs Corp Med Term Nts 05/15/2020 2.75% (14912H | A | Interest | K | T | Buy | 05/14/18 | K | | |
| 65. CENTERSTATE BK CD FDIC WINTER HAVEN FL (15201QAB3) 15201QAB3) | A | Interest | | | Matured | 01/30/18 | K | | |
| 66. Citibank N A Cd Cll Fx/Fl (CUSIP 172986GQ8) | | None | J | T | | | | | |
| 67. Credit Suisse Ag Sr Med Term N Ote Index Lnkd (CUSIP 22548QGN9) | B | Interest | K | T | | | | | |
| 68. Credit Suisse London Sr M (CUSIP 22546VHC3) | B | Interest | | | Redeemed | 07/31/18 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exxon Mobil Corp 08/15/2021 8.625% (607059AT9) | | None | L | T | Buy | 09/24/18 | L | | |
| 70. Fed Hm Ln Mtg Co 06/30/2021 1.50% (3134G9RR0) | A | Interest | J | T | Buy | 05/03/18 | J | | |
| 71. Federal Home Ln 06/29/2020 1.75% (3134GBTX0) | A | Interest | K | T | Buy | 05/11/18 | K | | |
| 72. Goldman Sachs Bk Usa Ny C (CUSIP 38148JHQ7) | A | Interest | K | T | | | | | |
| 73. Goldman Sachs Group Inc U (CUSIP 38141GTZ7) | A | Interest | J | T | | | | | |
| 74. Hewlett Packard Co Sr Uns (CUSIP 428236BV4) | B | Interest | K | T | | | | | |
| 75. HSBC Bank Usa Na Cd Clbl Stepp Ed 1.25%-3.125% (CUSIP 40434AU49) | A | Interest | J | T | | | | | |
| 76. HSBC Bank Usa Na Cd Index (CUSIP 40434AQB8) | | None | K | T | | | | | |
| 77. Ingersoll-Rand Global Hld (CUSIP 45687AAA0) | B | Interest | | | Redeemed | 03/15/18 | K | | |
| 78. Jefferson & Madison Cntys Ida (CUSIP 474178DZ0) | B | Interest | K | T | | | | | |
| 79. John Deere Cap Senior Med Term (CUSIP 24422ETK5) | B | Interest | L | T | | | | | |
| 80. Johnson & Johnson 05/15/2021 3.55% (478160AZ7) | A | Interest | K | T | Buy | 05/11/18 | K | | |
| 81. JPMORGAN CHASE & VAR 18 DUE 04/25/18 (CUSIP 46623EKA6) | A | Interest | | | Redeemed | 04/25/18 | K | | |
| 82. Jp Morgan Chase Bank Na (CUSIP 48126DZF9) | A | Interest | K | T | | | | | |
| 83. Jp Morgan Chase Bank Na Cd 0% (CUSIP 48125TWD3) | A | Interest | K | T | | | | | |
| 84. Jp Morgan Chase Bank Na Cd Ind Ex Lnkd 0% (CUSIP 48124JGL6) | | None | K | T | | | | | |
| 85. Jp Morgan Chase Bank Na Cd Qtr (CUSIP 48125T6T7) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Lloyds Tsb Bank Plc Rge Accrl (CUSIP 5394E8BQ1) | B | Interest | K | T | | | | | |
| 87. Microsoft Corp 08/08/2021 1.55% (594918BP8) | A | Interest | K | T | Buy | 07/23/18 | K | | |
| 88. Old Republic Intl Corp Sr Glbl (CUSIP 680223AJ3) | A | Interest | K | T | | | | | |
| 89. PENNSYLVANIA ST 5.85%30GO UTX DUE 7/15/30 TAXBL (CUSIP 70914PPQ9) | B | Interest | K | T | | | | | |
| 90. Plains Exploration & Prod (CUSIP 726505AP5) | B | Interest | | | Redeemed | 04/04/18 | K | | |
| 91. Royal Bank Of Canada Sr Med Te Rm Note Index Lnkd 8/3/21 (78013XNM6) | | None | K | T | Buy | 07/31/18 | K | | |
| 92. Sanofi S A 03/29/2021 4% (80105NAG0) | A | Interest | K | T | Buy | 05/03/18 | K | | |
| 93. Societe Gen Var 2033F (CUSIP 83368WCB5) | | None | K | T | | | | | |
| 94. Toyota Motor Credit Sr Unsecur (CUSIP 89233P6P6) | A | Interest | K | T | | | | | |
| 95. UNION BANK NA 3%18CD FDIC SAN FRANCISCO CA (CUSIP 90521AGB8) | A | Interest | | | Matured | 06/29/18 | J | A | |
| 96. Union Bank Na San (CUSIP 90521AML9) | D | Interest | | | Matured | 04/30/18 | K | A | |
| 97. US TREASURY BILL18U S T BILL (CUSIP 912796NQ8) | | None | | | Redeemed | 08/16/18 | K | A | |
| 98. US TREASURY NT 3.625% DUE 08/15/19 (CUSIP 912828LJ7) | A | Interest | L | T | Buy | 05/11/18 | L | | |
| 99. US TREASURY NT 1.375% DUE 10/31/20 (CUSIP 912828L99) | A | Interest | K | T | Buy | 09/07/18 | K | | |
| 100. VERIZON COMMUNICA 2.6%22 DUE 05/15/22 (CUSIP 92346MAA9) | A | Interest | K | T | | | | | |
| 101. WALMART INC. 3.125% DUE 06/23/21 (CUSIP 931142EJ8) | A | Interest | K | T | Buy | 07/23/18 | K | | |
| 102. WELLS FARGO BK N A 21CD FDIC INS DUE 09/08/21 (CUSIP 94986TRE9) | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  WELLS FARGO 2.1% CD FDIC INS DUE 04/15/19 (CUSIP 949763PA8) | A | Interest | K | T | Buy | 03/08/18 | K | | |
| 104.  WELLS FARGO CD FDIC INS DUE 06/07/22 (CUSIP 94986T7K7) | | None | K | T | Buy | 11/30/18 | K | | |
| 105.  Western Union Sr Unsecured M-W Callable (CUSIP 959802AL3) | B | Interest | K | T | | | | | |
| 106.  Western Union Sr Unsecured M-W Callable (CUSIP 959802AP4) | A | Interest | | | Redeemed | 08/22/18 | K | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544